**700**

**94 So.2d 777**

**Olan RUSHING**

v.

**STATE.**

**4 Div. 877.**

Supreme Court of Alabama.

May 24, 1956.

Rehearing Denied May 9, 1957.

Jas. G. Clower, Troy, for petitioner.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Olan Rushing for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Rushing v. State, 94 So.2d 770.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

**99 So.2d 552**

**Ex parte Lucille McGee SMITH.**

**5 Div. 686.**

Supreme Court of Alabama.

Nov. 4, 1957.

Glen T. Bashore, and Walter C. Hayden, Jr., Clanton, for petitioner.

A. B. Foshee, Clanton, for respondent.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and SIMPSON, MERRILL and COLEMAN; JJ., concur.

**96 So.2d 195**

**UNITED STATES PIPE & FOUNDRY CO.**

v.

**George NETTLES.**

**6 Div. 173.**

Supreme Court of Alabama.

June 20, 1957.

White, Bradley, Arant, All & Rose, E. L. All and J. Reese Murray, Jr., Birmingham, for petitioner.

Edw. H. Saunders, Bessemer, opposed.

GOODWYN, Justice.

Petition of United States Pipe & Foundry Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Pipe & Foundry Co. v. Nettles, 96 So.2d 186.

Writ denied.

LIVINGSTON, C. J., and STAKELY, MERRILL and COLEMAN, JJ., concur.